AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DARRIN BRAVO<br><br>*Plaintiff(s)*<br>v.<br>CHRISTOPHER HAAS<br><br>*Defendant(s)* | Civil Action No. CV 14-3258 LB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Deputy Christopher Haas
Sonoma County Sheriff Office
C/O Sonoma County Counsel
575 Administration Dr
Santa Rosa, CA 95403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Evan Livingstone
Attorney at Law
740 4th St., Suite 215
Santa Rosa, CA 95404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date:   07/18/2014

*Felicia Reloba*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 14-3258 LB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Deputy Christopher Haas__
was received by me on *(date)* __7/18/14__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __woman at the desk of County Supervisors office__ , who is designated by law to accept service of process on behalf of *(name of organization)* __County of Sonoma Sheriff's Office and its employees__ on *(date)* __7/21/14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/30/14__

/s/Evan Livingstone
*Server's signature*

Evan Livingstone
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: