**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RICHARD W. WIEKING               PHONE: 415-522-2000
CLERK OF COURT                   WWW.CAND.USCOURTS.GOV

August 19, 2014

Richard William Osman
Bertrand, Fox & Elliot
2749 Hyde Street
San Francisco, CA 94109

Re:   DARRIN BRAVO v. DEPUTY C. HAAS
      Case No. 14-03258 LB

Dear Counsel/Parties:

   This matter has been randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction, has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by September 3, 2014. This form can be found on the Court's website at www.cand.uscourts.gov.

                              Sincerely,

                              FOR THE COURT,
                              Richard W. Wieking, Clerk

                              by: *Lashanda Scott*

                              Lashanda Scott
                              Courtroom Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRIN BRAVO,                                            No. C 14-03258 LB

        Plaintiff(s),

   v.                                                                  **CLERK'S NOTICE:**
                                                                 **CONSENT OR DECLINATION TO**
                                                                  **MAGISTRATE JUDGE JURSIDICITON**

DEPUTY C. HAAS,

        Defendant(s).
_____/

INSTRUCTIONS: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

      ( )     **Consent to Magistrate Judge Jurisdiction**

            In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

      ( )     **Decline Magistrate Judge Jurisdiction**

            In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.


DATE:  _____                    NAME:_____

                                                     COUNSEL FOR
                                                     (OR "PRO SE"):  _____

                                                                              _____
                                                                                    *Signature*