Richard W. Osman, State Bar No. 167993
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com

Attorneys for Defendant
DEPUTY CHRISTOPHER HAAS

Evan M. Livingstone, State Bar No. 252008
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Suite 215
Santa Rosa, CA 95404
Telephone: 707-206-6570
Facsimile: 707-676-9112 (fax)
Email: evanmlivingstone@gmail.com

Attorneys for Plaintiff
DARRIN BRAVO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRIN BRAVO,<br><br>  Plaintiff,<br><br>v.<br><br>DEPUTY CHRISTOPHER HAAS,<br><br>  Defendant. | Case No. CV 14-3258 LB<br><br>**NOTICE OF SETTLEMENT OF CASE AND [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** that defendants DEPUTY CHRISTOPHER HAAS and plaintiff DARRIN BRAVO, by and through their respective attorneys of record (collectively, the "PARTIES"), have reached a settlement in this matter.

The parties are currently in the process of finalizing settlement documents and anticipate filing a

Stipulation for Dismissal in the next 20 days.

The PARTIES respectfully request at this time that the November 6, 2014 case management conference be vacated and that the parties be ordered to file a Stipulation for Dismissal or joint status report by November 24, 2014.

**SO STIPULATED.**

Dated:  November 4, 2014                                            BERTRAND, FOX AND ELLIOT

                                                                                         By: /s/ *Richard W. Osman*
                                                                                                 Richard W. Osman
                                                                                                 Attorneys for Defendant
                                                                                                 DEPUTY CHRISTOPHER HAAS


Dated:  November 4, 2014                                            LAW OFFICE OF EVAN LIVINGSTONE

                                                                                         By:  /s/ *Evan M. Livingstone*
                                                                                                 Evan M. Livingstone
                                                                                                 Attorney for Plaintiff
                                                                                                 DARRIN BRAVO


### **ORDER**

GOOD CAUSE APPEARING THEREFOR, the November 6, 2014 case management conference is vacated and the parties are ordered to file a Stipulation for Dismissal or joint status report by November 24, 2014.

```
Case Management Conference reset to 12/4/2014 at 11:00 a.m. A Joint
Case Management Statement due 11/24/2014.
```

DATED: November 4, 2014                                            _____
                                                                                         Honorable Laurel Beeler
                                                                                         UNITED STATES MAGISTRATE JUDGE